**SQUIRE PATTON BOGGS (US) LLP**
Eric J. Troutman (State Bar # 229263)
Eric.Troutman@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

Petrina A. McDaniel (*admitted pro hac vice*)
Petrina.McDaniel@squirepb.com
1230 Peachtree St NE, Suite 1700
Atlanta, GA 30309
Telephone:  +1 678 272 3207
Facsimile:  +1 678 272 3211

Shing Tse (*admitted pro hac vice*)
Shing.Tse@squirepb.com
600 Travis Street, Suite 6200
Houston, Texas 77006
Telephone:  +1 713 546 5850
Facsimile:  +1 713 546 5830

Attorneys for Defendant
MUTUAL OF OMAHA MORTGAGE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAESEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA MORTGAGE, INC., a Delaware corporation,<br><br>Defendant. | Case No.  20CV0886 DMS AGS<br><br>**DEFENDANT MUTUAL OF OMAHA MORTGAGE, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE 12(B)(1)**<br><br>Action filed: May 12, 2020 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 28, 2020 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 13A, of the United States District Court for the Southern District of California, located at 333 W Broadway #420, San Diego, CA 92101, before the Honorable Judge Dana M. Sabraw, Defendant Mutual of Omaha Mortgage, Inc. ("Defendant" or "MOMI") will and hereby does move to dismiss the Plaintiff David Baesel's ("Plaintiff") Complaint ("Complaint"), pursuant to Federal Rules of Civil Procedure 12(b)(1) on the grounds that the Court lacks subject matter jurisdiction over Plaintiff's claims under the Do Not Call provision of the Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5), for the three calls that Plaintiff did not answer and for which no message was left.[1]

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Court's files and records of the present action, any reply papers that may be submitted, and the arguments of counsel at any hearing that may be held.

DATED: July 23, 2020                         SQUIRE PATTON BOGGS (US) LLP

*/s/ Petrina A. McDaniel*
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T: 213.624.2500
F: 213.623.4581

Petrina A. McDaniel (admitted *pro hac vice*)

---

[1] This motion is filed concurrently with MOMI's Motion to Change Venue [ECF No. 17]. The relief MOMI seeks in this motion is in the alternative to the relief it seeks in its Motion to Change Venue.

- 2 -
MOTION TO DISMISS COMPLAINT

Petrina.McDaniel@squirepb.com
1230 Peachtree St NE, Suite 1700
Atlanta, GA 30309
T: 678.272.3207
F: 678.272.3211

Shing Tse (*admitted pro hac vice*)
Shing.Tse@squirepb.com
600 Travis Street, Suite 6200
Houston, Texas 77006
T: 713.546.5850
F: 713.546.5830

Attorneys for Defendant

- 3 -
MOTION TO DISMISS COMPLAINT

/4/AMERICAS

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2020, a copy of the foregoing **DEFENDANT MUTUAL OF OMAHA MORTGAGE, INC.'S MOTION TO DISMISS COMPLAINT** has been served via the CM/ECF filing system, to the following:

Amanda Fay Benedict
Law Office of Amanda Benedict
7710 Hazard Center Drive
Suite E-104
San Diego, CA 92108
Telephone:  (760) 822-1911
Facsimile:   (760) 452-7560
Email: amanda@amandabenedict.com

Avi Robert Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone:  (305) 469-5881
Email: kaufman@kaufmanpa.com

Rachel Kaufman
Kaufman P.A.
31 Samana Drive
Miami, FL 33133
Telephone:  (305) 773-6641
Email: rachel@kaufmanpa.com

*Attorneys for Plaintiff*

                                      */s/ Petrina A. McDaniel*
                                       Petrina A. McDaniel

SQUIRE PATTON BOGGS (US) LLP
6200 Chase Tower
600 Travis Street,
Houston, TX 77002

MOTION TO DISMISS COMPLAINT

/4/AMERICAS