**SQUIRE PATTON BOGGS (US) LLP**
Eric J. Troutman (State Bar # 229263)
Eric.Troutman@squirepb.com
Petrina A. McDaniel (*admitted pro hac vice*)
Petrina.McDaniel@squirepb.com
Shing Tse (*admitted pro hac vice*)
Shing.Tse@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Defendant
Mutual of Omaha Mortgage, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAESEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA MORTGAGE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 20CV0886 DMS AGS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action filed: May 12, 2020 |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff David Baesel and Defendant Mutual of Omaha Mortgage, Inc. (collectively, the "Parties") have reached a confidential settlement of Plaintiff's individual claims in the above-referenced matter. The Parties are in the process of reducing the terms of their settlement to a formal

written settlement agreement and will file a Joint Motion for Dismissal once the Parties finalize the terms of the settlement agreement.

Dated: March 26, 2021

*/s/ Petrina A. McDaniel*
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T: 213.624.2500
F: 213.623.4581

Petrina A. McDaniel (*admitted pro hac vice*)
Petrina.McDaniel@squirepb.com
1230 Peachtree St NE, Suite 1700
Atlanta, GA 30309
T: 678.272.3207
F: 678.272.3211

Shing Tse (*admitted pro hac vice*)
Shing.Tse@squirepb.com
600 Travis Street, Suite 6200
Houston, Texas 77006
T: 713.546.5850
F: 713.546.5830

Attorneys for Defendant

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Amanda F. Benedict
amanda@amandabenedict.com
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911

SQUIRE PATTON BOGGS (US) LLP
6200 Chase Tower
600 Travis Street,
Houston, TX 77002

Facsimile: (760) 452-7560

*Attorneys for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2021, a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** has been served via the CM/ECF filing system on all counsel of record.

*/s/ Petrina A. McDaniel*
Petrina A. McDaniel