Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
Avi R. Kaufman, *Pro Hac Vice*
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Amanda F. Benedict, CA Bar No. 200291
amanda@amandabenedict.com
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAESEL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MUTUAL OF OMAHA MORTGAGE, INC.,**<br><br>*Defendant.* | Case No. 3:20-cv-00886-DMS-AGS<br><br>**Stipulation for Dismissal** |

1

Stipulation for Dismissal

Case No. 3:20-cv-00886-DMS-AGS

Plaintiff David Baesel and Defendant Mutual of Omaha Mortgage, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: May 25, 2021

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Amanda F. Benedict
amanda@amandabenedict.com
LAW OFFICE OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7560

*Attorneys for Plaintiff and the putative Classes*

*/s/ Petrina A. McDaniel*
Eric J. Troutman (State Bar # 229263)
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
T: 213.624.2500

2
Stipulation for Dismissal
Case No. 3:20-cv-00886-DMS-AGS

F: 213.623.4581

Petrina A. McDaniel (*admitted pro hac vice*)
Petrina.McDaniel@squirepb.com
1230 Peachtree St NE, Suite 1700
Atlanta, GA 30309
T: 678.272.3207
F: 678.272.3211

Shing Tse (*admitted pro hac vice*)
Shing.Tse@squirepb.com
600 Travis Street, Suite 6200
Houston, Texas 77006
T: 713.546.5850
F: 713.546.5830

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman

Stipulation for Dismissal

Case No. 3:20-cv-00886-DMS-AGS