1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAESEL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MUTUAL OF OMAHA MORTGAGE, INC.**,<br><br>*Defendant*. | Case No. 3:20-cv-00886-DMS-AGS<br><br>**Order for Dismissal** |

1

Proposed Order for Dismissal

Case No. 3:20-cv-00886-DMS-AGS

Pursuant to the parties' stipulation of dismissal, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED this 16th day of June, 2021

_____
Hon. Dana M. Sabraw
United States District Court Judge

2

Proposed Order for Dismissal

Case No. 3:20-cv-00886-DMS-AGS